# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RUSSELL C. PAXTON, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | No. 4:05CV891-SNL |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Pursuant to an accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that the motion of Russell C. Paxton, filed under 28 U.S.C. § 2255 to vacate, set aside or correct a sentence by a person in federal custody is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a Certificate of Appealability as movant has not made a substantial showing of the denial of a federal constitutional right.

Dated this  13th  day of July, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE